# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-1320

Washington Commons LLC v. City of Jersey City, et al

2-11-cv-05241

## O R D E R

In accordance with the motion by the appellant/petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  May 7, 2012

Michael Dougherty, Esq.
Silvana D. Raso, Esq.

**A True Copy**
*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.